**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

JESSICA GAINES, individually, and
On behalf of others similarly situated,

      Plaintiffs,

v.                            Case No.: 2:18-cv-02411-MSN-dkv

STROUD ENTERPRISES, INC.,
A Tennessee Corporation,
ROY D. STROUD, an individual, and
JONATHAN BROWN, an individual,

      Defendants.

---

**JOINT MOTION FOR ORDER APPROVING RESOLUTION OF FLSA CLAIMS**

---

COME NOW the above-named Parties, through their undersigned counsel of record, and announce to the Court that they have resolved all matters in controversy between them, and hereby stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a). The Parties also move this Court for an Order approving the terms of the Settlement Agreement and General Release agreed to and executed by them and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). As grounds for this Motion, and as more fully set forth in the accompanying Memorandum, the parties would respectfully show that this agreement is a fair and reasonable compromise of a disputed claim. Accordingly, the parties jointly request that this Motion be granted. A proposed Order is filed contemporaneously herewith.

Respectfully submitted this 19th day of August, 2019.

<u>s/J. Russ Bryant</u>
Gordon E. Jackson (BPR No. 8323)
Russ Bryant (BPR No. 33830)
Paula R. Jackson (BPR No. 20149)
Robert E. Turner, IV (BPR No. 35364)
Nathan A. Bishop (BPR  No. 35944)
**JACKSON, SHIELDS, YEISER & HOLT**
262 German Oak Drive
Memphis, Tennessee 38018
(901) 754-8001
*Attorneys for Plaintiff*


<u>s/Charles W. Cavagnaro, Jr.</u>
Charles W. Cavagnaro, Jr. (BPR No. 17917)
L. Clayton Culpepper, III (BPR No. 023583)
**EVANS PETREE P.C.**
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
ccavagnaro@evanspetree.com
cculpepper@evanspetree.com
(901) 521-4562
*Attorneys for Defendants*

2