# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JESSICA GAINES, individually, and
On behalf of others similarly situated,

      Plaintiffs,

v.                                                                   Case No.: 2:18-cv-02411-MSN-dkv

STROUD ENTERPRISES, INC.,
A Tennessee Corporation,
ROY D. STROUD, an individual, and
JONATHAN BROWN, an individual,

      Defendants.

## ORDER APPROVING SETTLEMENT AND RESOLUTION OF FLSA CLAIMS

Before the Court is the parties' Joint Motion for Order Approving Resolution of FLSA Claims (the "Motion"), filed August 19, 2019.  (ECF No. 53.)  Based on the representations made by the parties in their Motion and the Court's consideration of the Settlement Agreement submitted by the parties, (ECF No. 53-2 at PageID 154–58) the Court approves the parties' resolution of Plaintiffs' FLSA claims.  This case is hereby dismissed with prejudice with each party to bear her or its own attorney fees and discretionary costs.

      **IT IS SO ORDERED** this 29th day of August, 2019**.**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE