# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JESSICA GAINES, individually, and
On behalf of others similarly situated,

    Plaintiffs,

v.                                                  Case No.: 2:18-cv-02411-MSN-dkv

STROUD ENTERPRISES, INC.,
A Tennessee Corporation,
ROY D. STROUD, an individual, and
JONATHAN BROWN, an individual,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' FLSA Collective Action Complaint (ECF No. 1), filed June 15, 2018,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Approving Settlement Agreement and Resolution of FLSA Claims (ECF No. 54), filed August 29, 2019, all claims in this matter are hereby **DISMISSED WITH PREJUDICE** based on the parties' agreement.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

August 29, 2019
DATE